UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21396-CIV-MORENO

BOZORGMEHR POUYEH,

    Plaintiff,

vs.

EDENIA M. HERNANDEZ,

    Defendant.

_____/

## ORDER DENYING MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to Proceed in forma pauperis on appeal (**D.E. 13**), filed on **December 27, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ of January 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

Bozorgmehr Pouyeh, *pro se*
10626 N.E. 10th Place
Miami, Florida 33138